# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **CARLTON K. CUMMINGS** | § § § | |
| **vs.** | § § | **CASE NO. 6:18-CV-178** |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (ECF 14) recommends that the complaint be dismissed without prejudice for failure to prosecute pursuant to FED. R. CIV. P. 41(b). No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court. In light of the foregoing, it is hereby

**ORDERED** that the above-entitled action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to FED. R. CIV. P. 41(b).

Any motion not previously ruled on is **DENIED**.

**SIGNED this the 17th day of June, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE